UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MITCHELL IAN BLACKBURN,<br><br>   Defendant. | CASE NO. CR7-05821 BHS<br><br>ORDER |

This matter is before the Court on Defendant Mitchell Blackburn's motion to terminate his sex offender registration requirement under 18 U.S.C. § 2250. Dkt. 50.

In 2008, Blackburn pled guilty to possession of child pornography. Dkt. 25. This Court sentenced him to fifteen months of custody followed by ten years of supervised release. *Id.* He was required to register as a sex offender as a condition of his supervision. *Id.* Blackburn completed his term of custody and began supervision on October 9, 2009. Dkt. 44. He moved for early termination of his supervision in 2016, which the Court granted. Dkt. 47.

Blackburn moves to terminate his sex offender registration requirement under 18 U.S.C. § 2250. Dkt 50. He argues that he has served the statutory fifteen-year registration

ORDER - 1

term and seeks an order from this Court terminating his sex offender registration requirement. *Id.*

The Government responds that Blackburn's motion is moot because his federal sex offender registration has already expired. Dkt. 51.

Under the Sex Offender Registration and Notification Act (SORNA), Blackburn is a tier I sex offender, required to register for fifteen years following his release from custody. 34 U.S.C. §§ 20911(1), 20915(a)(1). Blackburn was released from prison on October 9, 2009. His registration requirement accordingly expired on October 9, 2024. The Government is correct that Blackburn's motion as to his federal sex offender registration requirement is moot. This Court does not have jurisdiction over any state sex offender registration requirements that Blackburn may be subject to. *See, e.g., United States v. Juv. Male*, 670 F.3d 999, 1007 (9th Cir. 2012) (The federal sex offender registration requirement is "independent from any requirement under state law.").

The Court **DENIES** Blackburn's motion as moot.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2025

                                            BENJAMIN H. SETTLE
                                            United States District Judge